**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **BRANDON NORMAND ET AL** | **CASE NO. 6:23-CV-01330** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TERRA GROUP L L C ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO DISMISS COUNTERCLAIMS AND AFFIRMATIVE DEFENSES, TO DISMISS FOR FAILURE TO STATE A CLAIM, OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT filed by Plaintiffs. [Doc. 9]. This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 16] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 15] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the Report and Recommendation, Plaintiff's MOTION TO DISMISS COUNTERCLAIMS AND AFFIRMATIVE DEFENSES, TO DISMISS FOR FAILURE TO STATE A CLAIM, OR ALTERNATIVELY, FOR MORE DEFINITE STATEMENT [Doc. 9] is GRANTED in part such that Defendants' counterclaims be DISMISSED WITHOUT PREJUDICE pursuant to Federal Rules of Civil Procedure 12(b)(1) and 13(a) and DENIED in all other respects as MOOT.

THUS, DONE AND SIGNED in Chambers on this 9th day of August 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE